IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALTHEDA E. FRANKLIN and NYICO R. JENKINS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CIVIL ACTION NO. 5:10-CV-166(MTT) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Thomas Q. Langstaff.  (Doc. 18).  The Magistrate Judge recommends affirming the decision of the Commissioner because the Commissioner's decision was supported by substantial evidence and it was reached through a proper application of the legal standards.  The Plaintiffs have filed an objection to the Recommendation (Doc. 20), and the Defendants have filed a response thereto.  The arguments raised in the Plaintiffs' objection are substantively similar to those raised in their initial and reply briefs before the Magistrate Judge.  The Court has thoroughly considered the Plaintiffs' objection and has made a de novo determination of the portions of the Recommendation to which the Plaintiffs object.

The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation is adopted and made the order of this Court.  The decision of the Commissioner is **AFFIRMED**.

**SO ORDERED,** this 4th day of January, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT